UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

JARMILTON QUINONES,

                                         Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                         Defendants.

---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

10 CV 5877 (WFK) (RML)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

      **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

GABRIEL HARVIS
*Attorney for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007
(212) 323-6880

By: _____
Gabriel Harvis
*Attorney for Plaintiff*

Dated: Brooklyn, New York
_Sept. 29_, 2014

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-173A
New York, New York 10007

By: _____
Alexandra Corsi
*Senior Counsel*

SO ORDERED:

s/WFK

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE